CHRISTOPHER M. JOE (*admitted pro hac vice*)
  Chris.Joe@bjciplaw.com
BUETHER JOE & CARPENTER, LLC
1700 Pacific Avenue, Suite 4750
Dallas, Texas 75201
Telephone:  214.466.1276
Facsimile:   214.635.1828

Attorneys for Plaintiff
DietGoal Innovations, LLC

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DIETGOAL INNOVATIONS, LLC,<br><br>         Plaintiff,<br><br>   v.<br><br>EL POLLO LOCO, INC.,<br><br>         Defendant. | Case No. 13-CV-05886-CAS (MANx)<br><br>**JOINT NOTICE OF SETTLEMENT** |

1  Plaintiff DietGoal Innovations LLC ("DietGoal") and Defendant El Pollo
2  Loco, Inc. ("EPL") hereby notify the Court that they have settled the claims against
3  EPL. DietGoal expects to file documents dismissing this action with prejudice as to
4  EPL within thirty days.

6  DATED: December 6, 2013     BUETHER JOE & CARPENTER, LLC

9  By: /s/ *Christopher M. Joe*
    Christopher M. Joe (Lead Counsel)
    Attorneys for Plaintiff
    DietGoal Innovations, LLC

12 DATED: December 6, 2013     McKENNA LONG & ALDRIDGE LLP

15 By: /s/ *Michael H. Bierman*
    Michael H. Bierman
    Attorneys for Defendant
    El Pollo Loco, Inc.

USW 804095240.1